IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VALENTINA MAKER** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-4120 |
| | : | |
| **TEMPLE UNIVERSITY** | : | |
| | : | |

## ORDER

This 7th day of December 2021, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Partial Motion to Dismiss Plaintiff's Complaint (ECF 6) is **DENIED.**

Temple University has 30 days from the date of this Order to answer the Complaint.

      /s/ Gerald Austin McHugh
United States District Judge