**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VALENTINA MAKER** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-4120** |
| | : | |
| **TEMPLE UNIVERSITY** | : | |

**ORDER**

This 26th day of June, 2023, in accordance with the accompanying Findings of Fact and Conclusions of Law, it is hereby **ORDERED** that Judgment is **ENTERED** in favor of Defendant Temple University and against Plaintiff Valentina Maker.

        /s/ Gerald Austin McHugh
    United States District Judge